IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiffs, | ) | |
| | ) | 4:07CR3070 |
| v. | ) | |
| | ) | |
| MARLENE RODRIGUEZ, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

1. Defendant's attorney, Donald B. Fiedler, is discharged from further representation of this client.

2. The Federal Public Defender for the District of Nebraska shall provide the court with a draft appointment order (CJA Form 20) for substitute counsel bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

3. In light of defendant not being represented by counsel at this time, the detention hearing is continued from today to June 28, 2007 at 10:00 a.m. before the undersigned magistrate judge.

4. The time between this date and June 28, 2007 is excluded from the calculation of time required by the Speedy Trial Act, because the defendant is not represented by counsel at this point. Failure to grant the continuance would unreasonably deny counsel for the defendant adequate time to reasonably prepare effectively for trial, taking into consideration due diligence. The ends of justice served by granting additional time to meet defendant's need for counsel who is prepared for trial therefore outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

DATED this 19th day of June, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge