# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:07CR3070-2 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| MARLENE RODRIGUEZ, | ) | |
| Defendant. | ) | |

IT IS ORDERED that the motion for refund of bond (filing 121) is granted to the extent that the Clerk of Court is directed to refund the bond proceeds to the person who posted it as shown by the Clerk's office records.

December 7, 2007.        BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge